1

2

3

4

5

6

7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  _Shay_                    DEPUTY

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  SANDRA & JOHN BITZ, individually )   Case No.: SACV12-1144 JVS (ANx)
    and as successors-in-interest to JASON )
12  RICHARD BITZ, deceased,            )   [Proposed] PROTECTIVE ORDER RE
                                       )   LOS ANGELES SHERIFF'S
13                Plaintiffs,           )   DEPARTMENT INVESTIGATION
                                       )   REPORT
14        vs.                           )
                                       )
15  ORANGE COUNTY; SANTA ANA          )
    POLICE DEPARTMENT                 )
16  INCLUDING ALL INVOLVED            )
    SERGEANT/OFFICER OF ARMS 1-       )
17  50; et al.,                        )
                                       )
18                Defendants.          )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22  _____)

23        IT IS HEREBY ORDERED AS FOLLOWS:

24        This protective order shall govern the disclosure of the Investigative Report

25  prepared by the County of Los Angeles Sheriff's Department that pertains to the

26  investigation of the death of Jason Richard Bitz on October 31, 2011 (hereinafter

27  referred to as the "LASD Report").

28  ///

- 1 -

[Proposed] PROTECTIVE ORDER RE LOS ANGELES SHERIFF'S
DEPARTMENT INVESTIGATION REPORT

1      1.    The documents that comprise the LASD Report will be clearly

2  designated as "CONFIDENTIAL".

3      2.    The LASD Report shall be used solely in connection with the case of

4  *John & Sandra Bitz, etc. v. Orange County, et al.*, Case No. SACV12-1144 JVS

5  (ANx), including any associated appellate proceedings and collateral review, and

6  not for any other purpose;

7      3.    The LASD Report and all information contained therein, may only

8  be disclosed to the following "qualified" persons:

9      (a)    Counsel of record for the parties to this civil litigation

10      (b)    Plaintiffs, Defendant Officer Rashad Wilson, and Defendant City of

11  Santa Ana and its employees;

12      (c)    Paralegal, stenographic, clerical and secretarial personnel regularly

13  employed by counsel referred to in subparagraph (a); and, investigators, expert

14  witnesses and other persons legitimately involved in litigation-related activities for

15  the counsel of record.

16      (d)    Court personnel, including stenographic reporters engaged in such

17  proceedings as are necessarily incidental to preparation for the trial of this action.

18      4.    The confidential information may be disclosed to the Court and court

19  personnel, in connection with this litigation.  Any portion of the confidential

20  information that a party intends to use in support of or in opposition to a pre-trial

21  filing with the Court must be filed in accordance with the Central District of

22  California Local Rules relating to under seal filings, including Local Rule 79-5.

23  Counsel intending to use information from the LASD Report must both (a) apply

24  to submit unredacted documents containing information from the Responsive

25  Records under seal and (b) file public versions of the same documents with the

26  information from the LASD Report redacted.

27  ///

28  ///

[Proposed] PROTECTIVE ORDER RE LOS ANGELES SHERIFF'S
DEPARTMENT INVESTIGATION REPORT

1     5.     In the event this matter proceeds to trial, to the extent that any of the

2     LASD Report is offered into evidence, those records will become public, unless

3     sufficient cause is shown in advance of trial to proceed otherwise.

4     6.     The production of the LASD Report pursuant to this Protective Order

5     shall not be deemed a waiver of any applicable privilege for any future purpose.

6     7.     At the conclusion of this matter, whether through trial, appeal,

7     collateral review, or other final disposition, all portions of the LASD Report subject

8     to this Protective Order, and all copies, <u>shall be destroyed or returned to the agency</u>

9     <u>that produced the records</u> at the option of the attorneys of record for a party to the

10     present action who received the LASD Report.

11     8.     The Protective Order may not be modified unless by written consent

12     of the parties hereto **and** approval of the Court.  Any party hereto may move for a

13     modification of this Order at any time.

14     9.     The Protective Order is made for the purpose of ensuring that the

15     LASD Report and the information contained therein will remain confidential.

16     ///

17     ///

18     ///

19     ///

20     ///

21     ///

22     ///

23     ///

24     ///

25     ///

26     ///

27     ///

28     ///

- 3 -

[~~Proposed~~] PROTECTIVE ORDER RE LOS ANGELES SHERIFF'S
DEPARTMENT INVESTIGATION REPORT

**GOOD CAUSE**

The parties, through their counsel of record, submit that GOOD CAUSE exists to preserve the confidentiality of the records governed by this stipulation, where the documents consist of documents maintained in confidential files that are not open to the public and are protected by California law and the Official Information Privilege.  The County of Los Angeles has generated and collected the records governed by this stipulation and has maintained the strictest confidentiality with respect to all of the materials requested (LASD Reports, including medical records).  It is the position of the parties that disclosure of the records would violate the right to privacy as protected by several state statutory provisions and the California and United States Constitutions.  The parties submit that a protective order governing these documents will serve to balance this right of privacy with the right to discovery in this litigation.

IT IS SO ORDERED.

DATED: March 20, 2013

_____
Honorable Arthur Nakazato
U.S. District Court Magistrate Judge

- 4 -

[Proposed] PROTECTIVE ORDER RE LOS ANGELES SHERIFF'S
DEPARTMENT INVESTIGATION REPORT